No. 321. Sampere v. New Orleans.

Argued February 28, March 1, 1929. Decided March 5, 1929. *Per Curiam:* Affirmed on the authority of (1) *Euclid* v. *Ambler Realty Co.*, 272 U. S. 365; *Zahn* v. *Board of Public Works*, 274 U. S. 325; *Gorieb* v. *Fox*, 274 U. S. 603; (2) *Sperry & Hutchison Co.* v. *Rhodes*, 220 U. S. 502, 505; *Williams* v. *Walsh*, 222 U. S. 415, 420. *Mr. William Winans Wall* for plaintiff in error and appellant. *Mr. Bertrand I. Cahn*, with whom *Messrs. Henry B. Curtis* and *Francis P. Burns* were on the brief, for defendant in error and appellee.